WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
19093 S. Beavercreek Road, PMB # 314
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
    Attorney for Plaintiff

FILED '07 APR 25 14:52 USDC-ORE

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**LOREN MARTIN,**                                    CV # 05-1913-HO

        Plaintiff,

vs.                                                  ORDER

**COMMISSIONER of Social Security,**

        Defendant.

---

    Attorney fees in the amount of $6,400.00 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent

to Tim Wilborn's address, above.

    DATED this 25th day of _April_, 2007.

                                        _Michael R. Hogan_
                                        United States District Judge

Submitted on April 24, 2007 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
    Attorney for Plaintiff

ORDER - Page 1